IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KIMBERLY CHRISTOPHERSON,

    Plaintiff,

    v.                                                                       No. 1:16-cv-00957-SCY-KBM

STATE FARM INSURANCE,

    Defendant.

## STIPULATED MOTION TO REMAND

    COME NOW the Parties, through their counsel, and hereby stipulate and jointly move the Court to remand this case back to the Eleventh Judicial District Court, County of San Juan, as follows:

    1.    Plaintiff, Kimberly Christopherson, filed her Petition for Declaratory Judgment in the Eleventh Judicial District Court, County of San Juan, on June 8, 2016. Her Declaratory Judgment action was given case number D-1116-CV-2016-00713.

    2.    Defendant, State Farm Mutual Automobile Insurance Company, removed this matter to the United States District Court for the District of New Mexico on August 25, 2016 and asserted that this matter met the jurisdictional requirements for diversity jurisdiction.

    3.    Plaintiff, desiring remand to State Court, stipulated that her damages do not exceed the $75,000 threshold for diversity jurisdiction. State Farm, therefore, agreed to remand this matter to State Court in light of this stipulation.

    4.    The Parties, having reached the foregoing agreement, therefore jointly move this Court to enter a Stipulated Order of Remand.

WHEREFORE, the Parties, through counsel, respectfully request that this Court enter a Stipulated Order of Remand, and for such other and further relief as this Court deems just and proper.

    Respectfully submitted,

    MILLER STRATVERT P.A.

    By */s/ Todd A. Schwarz*
       Todd A. Schwarz
       Attorneys for Defendant
       Post Office Box 25687
       Albuquerque, NM 87125
       Phone: (505) 842-1950
       Fax: (505) 243-4408

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 27th day of January, 2017, the foregoing was electronically filed through the CM/ECF system, which caused the following participating CM/ECF counsel to be served with same by electronic means.

Victor A. Titus
Titus & Murphy Law Firm
2021 E. 20th St.
Farmington, NM 87401
Telephone:  (505) 326-6503

*/s/ Todd A. Schwarz*
Todd A. Schwarz

\\Abq-tamarack\ProData\000065-048858\Pleadings\3138368.docx