IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KIMBERLY CHRISTOPHERSON,

    Plaintiff,

    v.                                      No. 1:16-cv-00957-SCY-KBM

STATE FARM INSURANCE,

    Defendant.

## STIPULATED ORDER OF REMAND

THIS MATTER having come before the Court on the Parties' Stipulated Motion to Remand, the Court having reviewed the pleadings, and finding good cause, hereby remands this matter to the Eleventh Judicial District Court, County of San Juan. The Parties shall file a copy of this Order and pleadings of record in this case in the Eleventh Judicial District Court, County of San Juan.

Furthermore, as this matter is now remanded to State Court, this federal action shall be administratively closed, as there are no further matters pending for adjudication in the United States District Court for the District of New Mexico.

_____
THE HONORABLE MARTHA VAZQUEZ

Submitted by:

*/s/ Todd A. Schwarz*
Todd A. Schwarz
Miller Stratvert P.A.
Attorneys for Defendant
P.O. Box 25687
Albuquerque, NM 87125

*/s/ Victor A. Titus*
Victor A. Titus
Titus & Murphy Law Firm
Attorneys for Plaintiff
2021 E. 20th St.
Farmington, NM 87401

\\Abq-tamarack\ProData\000065-048858\Pleadings\3138381.docx